District Judge Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICHOLAS D. HILDEN, *et al.*, | Case No. 2:24-cv-02167-KKE |
| Plaintiffs, | STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER |
| v. | |
| MARCO RUBIO, *et al.*,[1] | |
| Defendants. | |

**STIPULATED MOTION**

Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until May 13, 2025. Plaintiffs brought this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel Defendants to complete administrative processing of Plaintiff Fatemah Hosseinzadeh's nonimmigrant visa application. Defendants' response to the Complaint is currently due on March 14, 2025. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until May 13, 2025.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Defendants substitute U.S. Secretary of State Marco Rubio for Antony Blinken.

STIPULATED MOTION AND ORDER
[Case No. 2:24-cv-02167-KKE] - 1

1   Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706
2 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to
3 control the disposition of the causes on its docket with economy of time and effort for itself, for
4 counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ.
5 P. 1.

6   With additional time, this case may be resolved without the need of further judicial
7 intervention. A consular officer at the U.S. Embassy in Ciudad Juarez, Mexico, refused Plaintiff
8 Hosseinzadeh's nonimmigrant visa application pursuant to 8 U.S.C. § 1201(g) for administrative
9 processing on October 4, 2023. Recently, the Embassy has requested further documentation
10 from Plaintiff and scheduled her for a follow-up interview on February 14, 2025. Because
11 further litigation may not be necessary after these steps are completed, the parties agree that
12 holding this case in abeyance is appropriate. Therefore, the parties believe good cause exists for
13 a stay in these proceedings to save the parties and this Court from spending unnecessary time and
14 judicial resources on this matter.

15   Accordingly, the parties request that the Court hold the case in abeyance until May 13,
16 2025. The parties will submit a joint status report on or before May 13, 2025.

17 //

18

19 //

20

21 //

22

23 //

24

STIPULATED MOTION AND ORDER
[Case No. 2:24-cv-02167-KKE] - 2

1   DATED this 31st day of January, 2025.

Respectfully submitted,

TESSA M. GORMAN
United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: (253) 428-3824
Fax:    (253) 428-3826
Email:  michelle.lambert@usdoj.gov

*Attorneys for Defendants*

*I certify that this memorandum contains 323 words, in compliance with the Local Civil Rules.*

By *s/ Kristin Nealey Meier*
Kristin Nealey Meier, WSBA #33562

By *s/ Jeng-Ya Chen*
Jeng-Ya Chen, WSBA #52860

By *s/Julia J. Fleming*
Julia J. Fleming, WSBA #58743

By *s/ Haley M. Westman*
Haley Westman, WSBA #61552
RYAN, SWANSON & CLEVELAND, PLLC
401 Union Street, Suite 1500
Seattle, Washington  98101-2668
Telephone: (206) 464-4224
kmeier@ryanlaw.com
chen@ryanlaw.com
jfleming@ryanlaw.com
westman@ryanlaw.com
*Attorneys for Plaintiffs*

**ORDER**

The parties' stipulated motion (Dkt. No. 7) is GRANTED. This case shall be held in abeyance until May 13, 2025. The parties shall submit a joint status report on or before May 13, 2025.

DATED this 31st day of January, 2025.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge